AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cavender, Jeffery W. | United States Bankruptcy Court (N.D.Ga.) | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Suite 1270
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Troutman Sanders LLP |
| 2. Director, Chair | Atlanta Bar Association Bankrupty Section |
| 3. Member | Berry College Planned Giving Council |
| 4. Member | American Bankruptcy Institute Southeastern Workshop Advisory Board |
| 5. Member | University of Georgia Board of Visitors |
| 6. Trustee | Non-Family Insurance Trust |
| 7. Chair of New Members Committee | National Conference of Bankruptcy Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Agreement with former firm Troutman Sanders LLP relative to compensation paid for work performed 1/1/18 through 3/1/18 and return of Capital. |
| 2. 2011 | Troutman Sanders LLP Cash or Deferred Profit Sharing Plan |
| 3. 2016 | Troutman Sanders LLP Partners' Cash Balance Pension Plan |
| 4. 2016 | Troutman Sanders LLP Health Savings Plan |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

5. 2011         Troutman Sanders LLP Partnership Agreement

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Troutman Sanders LLP | $93,184.43 |
| 2. 2018 | Taylor, Bean & Whitaker Plan Trust | $1,411.59 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | MS Realty, LLC (wages) |
| 2. 2018 | Math EH, LLC (wages) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Atlanta Bar Association | September 22, 2018 | Marietta, GA | End of Year Party hosted as outgoing chair of Atlanta Bar Bankrupty Section | Drinks, paper products and table linens |
| 2. | National Conference of Bankruptcy Judges | October 27-31, 2018 | Austin, TX | National Conference of Bankruptcy Judges | Hotel |
| 3. | State Bar of Georgia Bankrupty Section | December 13-14, 2018 | Lake Oconee, Georgia | Attendance as speaker at Annual Bankruptcy Seminar | Hotel, meals and seminar registration |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Troutman Sanders LLP | Judicial Robe | $464.95 |
| 2. | Troutman Sanders LLP | Firm Departure/Retirement Party | $2,944.61 |
| 3. | Anonymous (see Part VIII for explanation) | Investiture Celebration | $3,795.57 |
| 4. | State Bar of Georgia | Investiture Courthouse Reception | $722.11 |
| 5. | Atlanta Bar Association, Bankruptcy Section | Investiture Courthouse Reception | $722.11 |
| 6. | Southeastern Bankruptcy Law Institute | Investiture Courthouse Reception | $722.11 |
| 7. | Metro Atlanta Consumer Bankruptcy Attorneys Group | Investiture Courthouse Reception | $722.11 |
| 8. | International Women's Insolvency & Restructuring Confederation | Investiture Courthouse Reception | $722.11 |
| 9. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Cash Accounts | A | Interest | M | T | | | | | |
| 2. Wells Fargo Bank Cash Accounts | A | Interest | M | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. - American Funds AMCAP Fund-A | C | Dividend | K | T | Buy (add'l) | 05/25/18 | J | | |
| 5. - American Funds American Balanced Fund-A | C | Dividend | K | T | Buy (add'l) | 05/25/18 | K | | |
| 6. - American Funds Capital Income Builder-A | B | Dividend | L | T | Buy (add'l) | 05/25/18 | J | | |
| 7. - American Funds Capital World Growth and Income Fund-A | D | Dividend | L | T | Buy (add'l) | 05/25/18 | J | | |
| 8. - American Funds Fundamental Investors-A | E | Dividend | M | T | Buy (add'l) | 05/25/18 | J | | |
| 9. - American Funds The Growth Fund of America-A | D | Dividend | M | T | Buy (add'l) | 05/25/18 | J | | |
| 10. - American Funds New Perspective Fund-A | D | Dividend | L | T | Buy (add'l) | 05/25/18 | J | | |
| 11. - American Funds New World Fund-A | B | Dividend | L | T | Buy (add'l) | 05/25/18 | J | | |
| 12. - American Funds SMALLCAP World Fund-A | C | Dividend | L | T | Buy (add'l) | 05/25/18 | J | | |
| 13. - American Funds Washington Mutual Investors Fund-A | C | Dividend | K | T | Buy (add'l) | 05/25/18 | J | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. - American Funds Capital Income Builders | A | Dividend | J | T | | | | | |
| 16. - American Funds Capital World Growth and Income Fund | A | Dividend | J | T | | | | | |
| 17. - American Funds Fundamental Investors | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 19. - American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 20. - American Funds SMALLCAP World A | A | Dividend | J | T | | | | | |
| 21. Roth IRA #1 (H) | | | | | | | | | |
| 22. - Fidelity Government Cash Reserves | A | Interest | J | T | Sold (part) | 10/05/18 | J | A | |
| 23. - ACI Worldwide Inc. Common Stock | | None | | | Sold | 10/05/18 | J | | |
| 24. - Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. - Fidelity Blue Chip Growth | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 26. Roth IRA #2 (H) | | | | | | | | | |
| 27. -American Funds Capital World Growth & Income Fund A Shares | B | Dividend | K | T | | | | | |
| 28. SunTrust Bank Common Stock | A | Dividend | | | Sold | 03/07/18 | J | C | |
| 29. The CocaCola Company Common Stock | A | Dividend | J | T | | | | | |
| 30. Principal Financial Common Stock | A | Dividend | J | T | | | | | |
| 31. Troutman Sanders LLP Capital Account | | None | | | Distributed | 04/30/18 | N | | |
| 32. Troutman Sanders LLP Cash Balance Pension Plan (H) | | | | | | | | | |
| 33. -Vanguard Target Retirement 2035 | D | Dividend | | | Closed | 04/30/18 | L | | |
| 34. Troutman Sanders LLP Cash and Deferred Profit Sharing Plan (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Schwab Managed Retirement Target Fund 2035 IV | D | Dividend | N | T | | | | | |
| 36. Troutman Sanders LLP Health Savings Account | A | Interest | | | Closed | 04/30/18 | K | | |
| 37. Guardian Whole Life Insurance Policy | E | Int./Div. | L | T | | | | | |
| 38. Metlife Whole Life Insurance Policy | B | Int./Div. | K | T | | | | | |
| 39. Webster Bank Health Savings Account | A | Interest | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions:

I resigned as a partner of Troutman Sanders LLP effective March 1, 2018.

My service as Chair and a Director of the Atlanta Bar Association Bankruptcy Section concluded in September of 2018.

I resigned as a member of the Berry College Planned Giving Council in February, 2018.

I resigned as member of the American Bankruptcy Institute Southeastern Workshop Advisory Board in February, 2018.

I resigned as trustee of the Non-Family Insurance Trust identified in Part I effective October 31, 2018. Assets of the trust involve a whole life insurance policy, and neither I, my spouse nor any of my dependent children (1) received income from the trust, or (2) had a beneficial interest in principal or income from the trust. Therefore, there are no reportable assets in the Trust for purposes of Part VII of this Report. I received no compensation for my service as trustee.

Part II. Agreements:

All compensation for services rendered while a partner of Troutman Sanders LLP has been paid and all Capital returned as of the date of this report.

My interest in the Troutman Sanders LLP Cash Balance Pension Plan was terminated in April, 2018 and all related funds have been transferred to IRA #1 identified in Part VII.

My interest in the Troutman Sanders LLP Health Savings Plan was terminated, and all funds are currently on deposit with Webster Bank as indentified in Part VII.

Part III-A. Non-Investment Income.

Non-investment income from the Taylor, Bean & Whitaker Plan Trust represents distributions on a claim filed relative to severance benefits owed by a former employer who filed for relief under Chapter 11 of the Bankruptcy Code.

Part V. Gifts

Explanation for source of the Investiture Celebration gift identified as Anonymous: My wife and I invited family, friends and colleagues to a celebratory cocktail reception following my investiture ceremony to thank them for their support and encouragement. My wife and I intended to pay for the event out of our own funds, but unbeknownst to us, a party or parties in attendance at the event voluntarily paid for the cost of the event anonymously. I have been unable to determine who contributed to paying the cost of the event.

| Name of Person Reporting | Date of Report |
|---|---|
| Cavender, Jeffery W. | 05/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jeffery W. Cavender**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544